RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CRAIG CARPENITO
United States Attorney

Katherine Reinhart
Trial Attorney
United States Department of Justice
PO Box 227
Washington DC, 20044
Tel: (202) 307-6528
Fax: (202) 514-6866
katherine.reinhart@usdoj,gov
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
Newark

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ESTATE OF SIDNEY ELSON, | ) | |
| EUGENE ELSON, | ) | |
| SHEILA STRAUSS, | ) | |
| JEFFREY ELSON, | ) | |
| SHOSHANA BITTON, and | ) | |
| MITCHELL NENNER, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR FEDERAL TAXES**

Plaintiff, the United States of America, at the request and with the authorization of a

delegate of the Secretary of the Treasury in accordance with 26 U.S.C. § 7401, and at the

direction of the Attorney General of the United States, brings this civil action to collect the gift

taxes, interest, and penalties assessed against the Estate of Sidney Elson and owed by the Estate

as donor and the remaining defendants as donees of Sidney Elson.  In support of this action, the United States alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

2.      Venue is proper under 28 U.S.C. § 1396 because the tax liability at issue accrued in this district.  Venue is also proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the United States' claim occurred in this district.

## PARTIES

3.      The plaintiff is the United States of America.

4.      The Estate of Sidney Elson is being administered within this judicial district by the Executrix, Sheila Strauss.

5.      Eugene Elson is named as a defendant because he is personally liable as a donee for gift tax assessed against the Estate of Sidney Elson.

6.      Sheila Strauss is named as a defendant because she is personally liable as a donee for gift tax assessed against the Estate of Sidney Elson.

7.      Jeffrey Elson is named as a defendant because he is personally liable as a donee for gift tax assessed against the Estate of Sidney Elson.

8.      Shoshana Bitton is named as a defendant because she is personally liable as a donee for gift tax assessed against the Estate of Sidney Elson.

9.      Mitchell Nenner is named as a defendant because he is personally liable as a donee for gift tax assessed against the Estate of Sidney Elson.

## COUNT I – REDUCE GIFT TAX ASSESSMENT AGAINST THE ESTATE
## OF SIDNEY ELSON TO JUDGMENT

10. The allegations set forth in paragraphs 1 through 9 above are realleged and incorporated by reference as though fully set forth herein.

11. In 2004, Sidney Elson made the following gifts:

    a. $100,000 cash and a condominium located at 100 Bayview Drive, Unit 1029 in Sunny Isles, Florida to Eugene Elson;

    b. $227,733 cash and a 35% interest in the Penn Tool Company to Jeffrey Elson;

    c. Real property located at 1875 Springfield Avenue in Maplewood, New Jersey and a 15% interest in the Penn Tool Company to Sheila Strauss;

    d. Real property located at 820 Mountain Avenue in Springfield, New Jersey to Mitchell Nenner; and

    e. $250,000 cash to Shoshana Bitton.

12. Sidney Elson did not file a gift tax return (Form 709) and he died in 2006.

13. In 2009, Sheila Strauss, as the Executrix of Sidney Elson's estate, filed a gift tax return reporting most of the gifts listed in paragraph 11 above, and reporting a gift tax liability of approximately $80,300.

14. In 2010, the Internal Revenue Service audited the gift tax return filed for Sidney Elson and included the remaining gifts listed in paragraph 11 above that were omitted previously and adjusted the value of various gifts.

15. On May 2, 2011, a delegate of the Secretary of the Treasury assessed additional gift taxes against the Estate of Sidney Elson in the amount of $374,131.

16.     Interest and penalties have been assessed on the assessment described in paragraph 15 above.  Interest has accrued and will continue to accrue on the assessment described in paragraph 15 above.

17.     Notice of the gift tax assessment and demand for payment was made on the Estate of Sidney Elson.

18.     The Estate of Sidney Elson made the following payments towards its gift tax liability: $150,000 in 2009; $60,000 in 2011; and $136,000 in 2015 from the sale of the real estate transferred to Sheila Strauss.  The Estate failed to fully pay the amounts due and owing.

19.     As of December 4, 2017, the Estate of Sidney Elson owed $684,217.79 on the assessed gift tax liability, interest, and penalties, plus interest that continues to accrue as provided by law after that date.

COUNT II – JUDGMENT AGAINST SHEILA STRAUSS
UNDER 26 U.S.C. § 6324(b)

20.     The allegations set forth in paragraphs 1 through 19 above are realleged and incorporated by reference as though fully set forth herein.

21.     In 2004, Sheila Strauss received from Sidney Elson real property located at 1875 Springfield Avenue in Maplewood, New Jersey with a value of $345,000 and a 15% interest in the Penn Tool Company with a value of $164,016 for a total of $509,016.

22.     The real estate that Sheila Strauss received from Sidney Elson was sold and the proceeds in the amount of $136,000 were paid to the Internal Revenue Service with respect to the Estate's gift tax liability.

23.     Under 26 U.S.C. § 6324(b), if gift taxes are not paid when due, the donee of any gift is personally liable for the tax to the extent of the gift's value.

4

24.     Notice of the gift tax assessment and demand for payment was made on Sheila Strauss.

25.     Despite the notice and demand for payment, Sheila Strauss has failed to fully pay the amounts due and owing.

26.     Sheila Strauss is indebted to the United States under 26 U.S.C. § 6324(b) in the amount of $373,016 with respect to the gifts that she received from Sidney Elson after taking into account the payment with respect to the real estate that she received.

COUNT III – JUDGMENT AGAINST EUGENE ELSON
UNDER 26 U.S.C. § 6324(b)

27.     The allegations set forth in paragraphs 1 through 26 above are realleged and incorporated by reference as though fully set forth herein.

28.     In 2004, Eugene Elson received from Sidney Elson $100,000 cash and a condominium located at 100 Bayview Drive, Unit 1029 in Sunny Isles, Florida with a value of $138,000.

29.     Under 26 U.S.C. § 6324(b), if gift taxes are not paid when due, the donee of any gift is personally liable for the tax to the extent of the gift's value.

30.     Notice of the gift tax assessment and demand for payment was made on Eugene Elson.

31.     Despite the notice and demand for payment, Eugene Elson has failed to fully pay the amounts due and owing.

32.     Eugene Elson is indebted to the United States under 26 U.S.C. § 6324(b) in the amount of $238,000 with respect to the gifts that he received from Sidney Elson.

COUNT IV – JUDGMENT AGAINST JEFFREY ELSON
UNDER 26 U.S.C. § 6324(b)

33.     The allegations set forth in paragraphs 1 through 32 above are realleged and incorporated by reference as though fully set forth herein.

34.     In 2004, Jeffrey Elson received from Sidney Elson $227,733 cash and a 35% interest in the Penn Tool Company worth $382,704.

35.     Under 26 U.S.C. § 6324(b), if gift taxes are not paid when due, the donee of any gift is personally liable for the tax to the extent of the gift's value.

36.     Notice of the gift tax assessment and demand for payment was made on Jeffrey Elson.

37.     Despite the notice and demand for payment, Jeffrey Elson has failed to fully pay the amounts due and owing.

38.     Jeffrey Elson is indebted to the United States under 26 U.S.C. § 6324(b) in the amount of $610,437 with respect to the gifts that he received from Sidney Elson.

COUNT V – JUDGMENT AGAINST SHOSHANA BITTON
UNDER 26 U.S.C. § 6324(b)

39.     The allegations set forth in paragraphs 1 through 38 above are realleged and incorporated by reference as though fully set forth herein.

40.     In 2004, Shoshana Bitton received $250,000 cash from Sidney Elson.

41.     Under 26 U.S.C. § 6324(b), if gift taxes are not paid when due, the donee of any gift is personally liable for the tax to the extent of the gift's value.

42.     Notice of the gift tax assessment and demand for payment was made on Shoshana Bitton.

43.     Despite the notice and demand for payment, Shoshana Bitton has failed to fully pay the amounts due and owing.

44.     Shoshana Bitton is indebted to the United States under 26 U.S.C. § 6324(b) in the amount of $250,000 with respect to the gift that she received from Sidney Elson.

### COUNT VI – JUDGMENT AGAINST MITCHELL NENNER UNDER 26 U.S.C. § 6324(b)

45.     The allegations set forth in paragraphs 1 through 44 above are realleged and incorporated by reference as though fully set forth herein.

46.     In 2004, Mitchell Nenner received real property located at 820 Mountain Avenue in Springfield, New Jersey worth $455,000 from Sidney Elson.

47.     Under 26 U.S.C. § 6324(b), if gift taxes are not paid when due, the donee of any gift is personally liable for the tax to the extent of the gift's value.

48.     Notice of the gift tax assessment and demand for payment was made on Mitchell Nenner.

49.     Despite the notice and demand for payment, Mitchell Nenner has failed to fully pay the amounts due and owing.

50.     Mitchell Nenner is indebted to the United States under 26 U.S.C. § 6324(b) in the amount of $455,000 with respect to the gift that he received from Sidney Elson.

WHEREFORE, the Plaintiff, the United States of America, respectfully prays as follows:

A.      That the Court enter judgment in favor of the United States and against the Estate of Sidney Elson in the amount of $684,217.79 as of December 4, 2017 plus statutory additions that continue to accrue until fully paid;

B.      That the Court enter judgment in favor of the United States and against Sheila Strauss in the amount of $373,016 as a donee of Sidney Elson for his estate's unpaid gift tax liability for 2004, plus interest to the date of payment;

C.      That the Court enter judgment in favor of the United States and against Eugene Elson in the amount of $238,000 as a donee of Sidney Elson for his estate's unpaid gift tax liability for 2004, plus interest to the date of payment;

D.      That the Court enter judgment in favor of the United States and against Jeffrey Elson in the amount of $610,437 as a donee of Sidney Elson for his estate's unpaid gift tax liability for 2004, plus interest to the date of payment;

E.      That the Court enter judgment in favor of the United States and against Shoshana Bitton in the amount of $250,000 as a donee of Sidney Elson for his estate's unpaid gift tax liability for 2004, plus interest to the date of payment;

F.      That the Court enter judgment in favor of the United States and against Mitchell Nenner in the amount of $455,000 as a donee of Sidney Elson for his estate's unpaid gift tax liability for 2004, plus interest to the date of payment; and

//

//

G.      That the Court award such other and further relief, including the costs of this

action, as may be deemed just and proper under the circumstances.

Date: July 3, 2018

<div style="margin-left:40%">

CRAIG CARPENITO
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

 s/ *Katherine M. Reinhart*     
KATHERINE M. REINHART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6528 (v)
202-514-6866 (f)
Katherine.Reinhart@usdoj.gov

</div>

**DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)**

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned hereby

designate the United States Attorney for the District of New Jersey to receive service of all

notices or papers in this action at the following address:

> Chief, Civil Division
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street, Ste. 700
> Newark, New Jersey 07102

<div align="right">

 s/ *Katherine Reinhart*
KATHERINE REINHART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6528 (v)
202-514-6866 (f)
Katherine.Reinhart@usdoj.gov

</div>

## <u>LOCAL CIVIL RULE 11.2 CERTIFICATION</u>

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the foregoing Complaint is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

 s/ *Katherine Reinhart*
KATHERINE REINHART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6528 (v)
202-514-6866 (f)
Katherine.Reinhart@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
        Plaintiff

❏ 3   Federal Question
        *(U.S. Government Not a Party)*

❏ 2   U.S. Government
        Defendant

❏ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 450 Commerce |
| & Enforcement of Judgment | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 151 Medicare Act | Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted | ❏ 340 Marine | Injury Product | | | Corrupt Organizations |
| Student Loans | ❏ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| (Excludes Veterans) | Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 160 Stockholders' Suits | Product Liability | ❏ 380 Other Personal | Relations | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract | ❏ 360 Other Personal | Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | Injury | ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| ❏ 196 Franchise | ❏ 362 Personal Injury - | Product Liability | Leave Act | | ❏ 895 Freedom of Information |
| | Medical Malpractice | | ❏ 790 Other Labor Litigation | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | ❏ 899 Administrative Procedure |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | or Defendant) | Act/Review or Appeal of |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | ❏ 950 Constitutionality of |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | State Statutes |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
        Proceeding

❏ 2   Removed from
        State Court

❏ 3   Remanded from
        Appellate Court

❏ 4   Reinstated or
        Reopened

❏ 5   Transferred from
        Another District
        *(specify)*

❏ 6   Multidistrict
        Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
                                                                                                            .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center">*Plaintiff(s)*</td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td align="center">*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ❏ I returned the summons unexecuted because _____ ; or

     ❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: